**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6427**

TAMARA STANFIELD,

Plaintiff - Appellant,

v.

RICHARD GRAHAM, Warden; BRADLEY BUTLER, Security Chief; DAYENA
CORCORAN, Commissioner of Correction; STEVEN BEEMAN, Sergeant;
JEFFREY SHIMKO, Lieutenant,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
George L. Russell, III, District Judge.  (8:16-cv-04149-GLR)

Submitted:  July 26, 2018                                     Decided:  July 31, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tamara Stanfield, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamara Stanfield appeals the district court's order granting summary judgment to Defendants in his 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stanfield v. Graham*, No. 8:16-cv-04149-GLR (D. Md. filed Mar. 27, 2018 & entered Mar. 28, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*